FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN PARKER, an individual; | Case No. 2:19-cv-00774-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE ENE** |
| v. | **(First Request)** |
| GLOBAL EXPERIENCE SPECIALISTS, INC.; a Nevada Corporation; | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that due to a long-standing conflict on the calendar of Defendant's client representative, the Early Neutral Evaluation presently scheduled for December 3, 2019 at 9:00 a.m. be rescheduled to one of the following dates: December 4, December 9, December 11, December 12 or December 13.  The deadline for submission of confidential written evaluation statements shall be moved to one week before the date of the ENE, and Defendant may arrive 30 minutes after the start of the ENE.  This is the

- 1 -

36043171

first request for rescheduling.

| LAW OFFICES OF<br>MICHAEL P. BALABAN | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS ORDERED that the Early Neutral Evaluation session shall be moved to December 11, 2019 at 9:00 am.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2019

- 2 -

36043171