FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Global Experience Specialists, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYN PARKER, an individual; | Case No. 2:19-cv-00774-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| GLOBAL EXPERIENCE SPECIALISTS, INC.; a Nevada Corporation; | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

LAW OFFICES OF
MICHAEL P. BALABAN

By: /s/ Michael P. Balaban, Esq.
    10726 Del Rudini Street
    Las Vegas, Nevada 89141
    Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ Scott M. Mahoney, Esq.
    300 South Fourth Street
    Suite 1500
    Las Vegas, Nevada 89101
    Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2020.

FP 37356465.1